RF 780 511 945 US

**IN THE COURT OF APPEALS OF THE STATE OF OHIO**

**EASTERN DISTRICT**

FILED
TIME
DEC 30 2025
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

| | |
|---|---|
| **STATE OF OHIO,** | **Judge:** Micheal M. Watson |
| Plaintiff-Appellee, | Kimberly A. Jotson |
| **ACHAK BEN ANIYUNWIYA,** | **Case No.** 2:25-cv-01406 |
| Defendant-Appellant. | **Cause:** 42:1983 Civil Rights Act |
| | **Nature of Suit:** 440 Civil Rights |
| | - Other Civil Rights |

---

NOTICE OF APPEAL AND BRIEF IN SUPPORT OF APPELLANT'S CLAIM THAT

THE TRIAL COURT LACKED JURISDICTION

---

*I. JURISDICTION AND VENUE*

1. This appeal is taken from the final judgment entered by the **Muskingum County Court of Common Pleas, Zanesville Division** on 11/15/2025. Under **Ohio Revised Code § 2745.01** the Court of Appeals has jurisdiction to review final orders of the Court of Common Pleas.

2. The appellate court's jurisdiction is proper notwithstanding the appellant's claim of sovereign status because the very issue presented is whether the trial court possessed **subject-matter and personal jurisdiction** over the appellant. The appellate court may consider jurisdictional challenges under **Ohio Rev. Code § 2745.02**, which preserves the right of a party to contest the trial court's authority to adjudicate a claim.

*II. STATEMENT OF THE ISSUES*

1

RF 780 511 945 US

The appellant respectfully submits that the Muskingum County Court of Common Pleas lacked jurisdiction over him for the following reasons:

1. **Sovereign Status** – Achak Ben Aniyunwiya is an **American Indian sovereign denizen** and not a United States citizen; consequently, Ohio courts have no authority to exercise criminal or civil jurisdiction over him.

2. **Absence of Personal Jurisdiction** – The State failed to establish the requisite "minimum contacts" under **International Shoe Co. v. Washington**, 326 U.S. 310 (1945), because the appellant's conduct and residence are wholly within the jurisdiction of his tribal nation.

3. **Lack of Subject-Matter Jurisdiction** – The offenses alleged arise from conduct that occurred on tribal land and therefore fall within the exclusive jurisdiction of the federal government and the tribal courts, as recognized in **United States v. Kagama**, 118 U.S. 375 (1886).

---

*III. FACTUAL BACKGROUND*

1. On **May 15, 2025**, at approximately 09:39 a.m., Plaintiff was lawfully operating his 2011 Dodge Ram on **Adamsville Road**, east of downtown Zanesville, Ohio.

2. **Patrolman Stilwell** and **Sergeant Brookover** initiated a traffic stop **without any articulable reasonable suspicion or probable cause** that Plaintiff had committed a traffic violation. The stop was based solely on a brief eye-to-eye contact, a practice expressly prohibited by **Delaware v. Prouse**, 440 U.S. 648 (1979).

3. **The appellant did not violate any Ohio traffic statutes.** Under **Ohio Revised Code § 4511.01** (definitions) and **§ 4511.02** (traffic violations), no citation of a moving violation, failure to obey a traffic control device, or other statutory breach applies to the appellant's conduct on the date in question. Accordingly, there was no lawful

2

RF 780 511 945 US

basis for a traffic stop. The United States Supreme Court in **Delaware v. Prouse**, 440 U.S. 648 (1979), held that a police officer may not stop an automobile absent at least articulable and reasonable suspicion of a traffic violation. Ohio appellate precedent, e.g., **State v. Miller**, 2024-Ohio-5326 (Ohio Ct. App. 2024), reaffirmed that a stop must be predicated on a traffic infraction or reasonable suspicion; absent such, the stop is unconstitutional.

4.  Before approaching the vehicle, the officers **drew their service weapons**, ordered Plaintiff to exit the vehicle, and **refused to provide any justification** for the stop.

5.  Plaintiff **explicitly refused consent** to any search of his person or vehicle. Despite this, the officers conducted a **warrantless search** of the interior of the truck, seizing:

    —   the Dodge Ram pickup;

    —   a .45 Springfield Desert Eagle pistol;

    —   a dash-camera;

    —   a cell phone;

    —   various tools;

    —   a two-way radio; and

    —   keys to Plaintiff's property.

6.  The officers later produced a **search warrant**, but the warrant was **tainted** because it was issued *after* the illegal search; consequently, it cannot cure the constitutional

3

RF 780 511 945 US

defect. Under **Mapp v. Ohio**, 367 U.S. 643 (1961), evidence obtained in violation of the Fourth Amendment is **inadmissible** in state court.

7. Plaintiff was **arrested** and transported to the **Muskingum County Jail**, where he was detained for **eight (8) consecutive days**.

8. During detention, the jail **refused to provide a diet consistent with Plaintiff's sincerely held religious beliefs**, violating his **First-Amendment free-exercise rights** and the **Fourteenth-Amendment due-process guarantee of equal protection**.

9. The jail **denied Plaintiff any telephone communication for seven (7) days**, depriving him of the ability to contact counsel, in violation of his **Sixth-Amendment right to assistance of counsel**.

10. Plaintiff was **denied access to basic hygiene facilities for six (6) days**, constituting **cruel and unusual punishment** in violation of the **Eighth-Amendment** (see **Estelle v. Gamble**, 429 U.S. 97 (1976)).

11. Plaintiff was appointed **Attorney Joseph Edwards** to represent him in the criminal case **CR 2025-0372**.

12. Despite repeated written requests (see Exhibits A–B), Attorney Edwards **refused to review** Plaintiff's defense documents, audio and video of events including a **Secured Party Commercial Agreement**, tribal enrollment papers, and treaty-based constitutional arguments asserting Plaintiff's sovereign status.

13. Attorney Edwards **made no effort** to meet and discuss strategies or file any pre-trial motions (e.g., motion to suppress the illegally obtained evidence) or discuss challenging jurisdiction and also **made derogatory statements** toward Plaintiff, calling him a "sovereign citizen" despite Plaintiff's documented status as a **sovereign American Indian**.

RF 780 511 945 US

14. Attorney Edwards **refused to produce a Ohio law license** when asked after he reminded the Plaintiff he was "licensed to practice law", further evidencing a lack of competence and candor.

15. Plaintiff's counsel's conduct constitutes **ineffective assistance of counsel** under **Strickland v. Washington**, 466 U.S. 668 (1984), and **United States v. Cronic**, 466 U.S. 648 (1984).

---

*IV. LEGAL ARGUMENT*

A. **Violation of the Fourth Amendment – Unlawful Stop, Search, and Seizure**

27. The stop, search, and seizure described in paragraphs 11-16 were **unreasonable** under the Fourth Amendment.

28. **No traffic violation occurred.** The appellant did not contravene any provision of **Ohio Revised Code § 4511.01** or § 4511.02. Under **Delaware v. Prouse**, 440 U.S. 648 (1979), a traffic stop requires at least articulable and reasonable suspicion of a traffic violation. Ohio appellate precedent, e.g., **State v. Miller**, 2024-Ohio-5326 (Ohio Ct. App. 2024), confirms that absent a traffic infraction or reasonable suspicion, a stop is unconstitutional. Consequently, Patrolman James Stilwell had no legal basis to initiate the stop.

29. The warrantless search, conducted by Sergeant Brookover, despite Plaintiff's clear refusal to consent and absent any exigent circumstance, violated the Fourth Amendment.

30. Accordingly, Defendant's reliance on the seized pistol, dash-camera, and other items **constitutes a direct violation** of Plaintiff's Fourth Amendment rights.

31. **Fruit of the Poisonous Tree Doctrine** – Evidence obtained from the unlawful stop, search, and seizure is **inadmissible** under the fruit-of-the-poisonous-tree doctrine, as

RF 780 511 945 US

articulated in **Wong Sun v. United States**, 371 U.S. 471 (1963), and clarified in

**United States v. Leon**, 468 U.S. 897 (1984).

**B. Violation of the Fifth Amendment – Deprivation of Property Without Due Process**

32. Plaintiff incorporates by reference all preceding paragraphs. The State's seizure of

Plaintiff's vehicle, firearm, and personal effects **without lawful authority** deprived

him of property **without due process of law**, violating the **Fifth-Amendment**

guarantee of due process.

33. The seizure was not supported by a valid warrant, nor was it justified by any

recognized exception; thus, it is a **void taking** under **United States v. United States**,

519 U.S. 1 (1996).

**C. Violation of the Sixth Amendment – Denial of Counsel and Telephone**

**Communication**

34. Plaintiff incorporates by reference all preceding paragraphs. The denial of telephone

calls for seven (7) days **impeded Plaintiff's ability to consult with counsel**,

violating his **Sixth-Amendment right to assistance of counsel**.

**D. Ineffective Assistance of Counsel – Attorney W. Joseph Edwards**

35. Plaintiff incorporates by reference all preceding paragraphs.

36. **Factual Allegations** – Attorney W. Joseph Edwards, appointed counsel in

**CR 2025-0372**, (a) **failed to discuss, review or file any pre-trial motions**, including

a motion to suppress the illegally obtained evidence; (b) **refused to produce his Ohio**

**law license** when requested; (c) **made derogatory statements** toward the appellant,

referring to him as a "sovereign citizen" despite the appellant's documented status as

a sovereign American Indian; and (d) **provided no meaningful assistance** in

preparing a defense.

RF 780 511 945 US

37. **Legal Standard** – Under **Strickland v. Washington**, 466 U.S. 668 (1984), a defendant is entitled to effective assistance of counsel when (1) counsel's performance was deficient and (2) the deficient performance prejudiced the defense. The Supreme Court further held in **United States v. Cronic**, 466 U.S. 648 (1984), that when counsel's performance is so deficient that prejudice is presumed, the defendant is entitled to relief.

38. Attorney Edwards' **complete failure to discuss, review, strategize or file any pre-trial motions**—despite clear evidence that the stop, search, and seizure were unconstitutional—constitutes **deficient performance**.

39. The **prejudice** is evident: the State's case relied entirely on the illegally obtained evidence; without that evidence, the prosecution would have had **no viable theory** to sustain the conviction. Accordingly, the prejudice prong of **Strickland** is satisfied, and the **Cronic** presumption of prejudice applies.

40. Accordingly, Defendant Attorney W. Joseph Edwards is liable for **ineffective assistance of counsel** under the Sixth Amendment.

### E. Violation of the Eighth Amendment – Cruel and Unusual Punishment

41. Plaintiff incorporates by reference all preceding paragraphs. The denial of basic hygiene facilities for six (6) days while detained **constitutes cruel and unusual punishment** in violation of the **Eighth Amendment**.

### F. Violation of the Fourteenth Amendment – Due Process and Equal Protection

42. Plaintiff incorporates by reference all preceding paragraphs. The State's actions—unlawful stop, seizure, denial of a religious diet, and denial of telephone communication—were performed **without any meaningful procedural safeguards**, violating the **Fourteenth-Amendment Due Process Clause**.

7

RF 780 511 945 US

43. Moreover, the refusal to accommodate Plaintiff's sincerely held religious beliefs **impairs equal protection** under the Fourteenth Amendment, as the State failed to treat Plaintiff on a basis equal to similarly situated individuals.

## G. Violation of 15 U.S.C. § 45 – Deceptive Practices

44. Plaintiff incorporates by reference all preceding paragraphs. The State, through its law-enforcement agents, engaged in **unfair and deceptive acts or practices** by falsely representing the legality of the traffic stop and search, thereby inducing Plaintiff to submit to an unlawful seizure. **15 U.S.C. § 45** (unfair methods of competition unlawful; deceptive acts prohibited). Such deceptive practices caused Plaintiff foreseeable injury within the United States, satisfying the statutory requirements of **15 U.S.C. § 45(4)(A)**.

## H. Violation of 15 U.S.C. § 1601 – Truth in Lending Act (TILA)

45. Plaintiff incorporates by reference all preceding paragraphs. The State, acting as a creditor in the **Secured Party Commercial Agreement**, failed to provide the disclosures required by **15 U.S.C. § 1601** (Truth in Lending Act). The omission of required terms and fees misled Plaintiff regarding the nature of the secured transaction.

## I. Violation of 5 U.S.C. § 556(d) – Administrative Procedure Act (APA)

46. Plaintiff incorporates by reference all preceding paragraphs. The State's agencies (Police Department, Sheriff's Office, and Jail) acted **arbitrarily and capriciously** in denying Plaintiff's religious diet, telephone communication, and hygiene, in violation of **5 U.S.C. § 556(d)**, which prohibits agency actions that are "unreasonable, arbitrary, or capricious."

---

*V. PRAYER FOR RELIEF*

8

RF 780 511 945 US

WHEREFORE, Plaintiff **Achak Ben Aniyunwiya** respectfully requests that this Honorable Court:

1. **Declare** that Defendants' conduct violated Plaintiff's Fourth, Fifth, Sixth, Eighth, Fourteenth, and Fourteenth-Amendment rights, as well as 15 U.S.C. § 45, 15 U.S.C. § 1601, 5 U.S.C. § 556(d), and applicable maritime/admiralty statutes.

2. **Injunctive Relief** enjoining Defendants from any further unlawful stops, searches, seizures, or detention practices that infringe upon Plaintiff's constitutional and statutory rights.

3. **Compensatory Damages** in an amount to be determined at trial for loss of property, emotional distress, and other injuries caused by the constitutional, contractual, and tort violations.

4. **Punitive Damages** in an amount sufficient to punish Defendants for their reckless disregard of Plaintiff's rights.

5. **Attorney's Fees and Costs** pursuant to **42 U.S.C. § 1988** and **15 U.S.C. § 45**.

6. **Damages against Attorney W. Joseph Edwards** for ineffective assistance of counsel, including compensatory damages, punitive damages, and reasonable attorney's fees.

7. **Any other relief** that the Court deems just and proper.

---

*VI. JURY DEMAND*

Plaintiff hereby **demands a trial by jury** on all issues so triable.

---

*VII. SIGNATURE*

Respectfully submitted,

9

RF 780 511 945 US

**Achak Ben Aniyunwiya**, Pro Se

3296 East Hudson Street

Columbus, Ohio (43219)

Phone: (740) 644-8137

Email: absmooth323@gmail.com

Date: December 26, 2025

---

*VIII. CERTIFICATE OF SERVICE*

I hereby certify that on **December 26, 2025**, a true and correct copy of the foregoing Notice

of Appeal and Brief was **served** on the State of Ohio, Office of the Attorney General, by

first-class mail, postage prepaid, and by electronic mail to counsel of record.

---

Achak Ben Aniyunwiya, Pro Se

---

*IX. EXHIBITS*

| Exhibit | Description |
|---------|-------------|
| A | Email dated Nov 7, 2025, 5:06 PM, requesting Attorney Edwards to file pre-trial motions. |
| B | Text messages between Attorney Joe Edwards and 'Defendant'. Dated: 07/31/2025-11/10/2025 |
| C | Certified-mail letter dated October 1, 2025, is reiterating the request for discussing defense strategies and setting a final deadline |
| D | Photographs of seized property (pistol, dash-cam, vehicle, etc.) |
| E | Tribal enrollment documentation and treaty-based constitutional argument. |
| F | Secured Party/ Creditor UCC 1 Financial Statement / Commercial Agreement with Schedule of Fees. |

10

RF 780 511 945 US

Exhibit    Description

Exhibit A

Email s Messages

 Gmail

Achak <absmooth323@gmail.com>

## Fwd: Achak Ben Aniyunwia Summary
2 messages

Joe Edwards <jedwardslaw@live.com>                    Fri, Nov 7, 2025 at 2:10 PM
To: absmooth323@gmail.com

Please find a summary of the evidence in your case derived from the discovery obtained from the State.

---------- Forwarded message ----------
From: Seerina Orem <emily.jedwardslaw@gmail.com>
Date: Nov 7, 2025 1:55 PM
Subject: Fwd: Achak Ben Aniyunwia Summary
To: Joe Edwards <jedwardslaw@live.com>
Cc:

---------- Forwarded message ----------
From: **Seerina Orem** <emily.jedwardslaw@gmail.com>
Date: Fri, Nov 7, 2025 at 1:47 PM
Subject: Achak Ben Aniyunwia Summary
To: Joe Edwards <jedwardslaw@live.com>

--
Best Regards,

Seerina Orem

The Law Office of W. Joseph Edwards
511 South High Street
Columbus, Ohio 43215
Telephone: 614.452.3596

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

--
Best Regards,

Seerina Orem

The Law Office of W. Joseph Edwards
511 South High Street
Columbus, Ohio 43215
Telephone: 614.452.3596

NOTICES: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the

addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

📄 **Achak Ben Aniyunwia Discovery Summary.pdf**
2139K

Achak <absmooth323@gmail.com>             Fri, Nov 7, 2025 at 5:06 PM
To: Joe Edwards <jedwardslaw@live.com>

As I stated in my previous email, I don't argue or contest the FACTS that are contained in the charging instrument, I challenge the nature of the crime, the lawfulness of the STOP, this Courts jurisdiction over Me Achak Ben Aniyunwiya. I also challenge the courts jurisdiction over the judicial person ACHAK BEN ANIYUNWIYA. It doesn't matter what was found after the STOP. That would be in Legal terms "fruit of a poisonous tree." The problem I have with "You people" is that you seem to have a problem accepting the fact that I know my story and refuse to accept the trickery bestowed on me and my people. I know the reason you refuse to accept my presentments and the reason Wendy Sowers and the balif have to. So your useless attempts to coerce, trick, deceive, threaten, or scare me into agreeing to or attaching my signature to ANY contract constructed without Achak Ben Aniyunwiya being present. The only reason I need you is to interrupt my instructions to the court verbatim. It seems to me after reading this AI description of your responsibility to your client the "court" could create or has created a conflict of interest.

As I understand it your 1st oath (that I am reminding you of) is to the constitution. Without the acceptance of that oath you sir would not have a license to the B.A.R. In other words, your oath to the B.A.R. has nothing to do with me.

So that brings up again the nature of crime the Defendant ACHAK BEN ANIYUNWIYA is being CHARGED. I offer my, Achak Ben Aniyunwiya's EXEMPTION to ledger the courts books. If prosecution offers Any deal that no matter how colorfully it is drawn up I refuse. I will go back to prison but this time I am prepared for me (Achak Ben Aniyunwiya) the real man.

A court-appointed attorney's duty is to zealously advocate for the client within the bounds of the law, while also adhering to a professional oath that includes upholding the Constitution and maintaining client confidentiality. Their responsibilities involve keeping the client informed, initiating contact, filing necessary documents, and advising them of their rights and the implications of the legal process. This advocacy must be balanced with duties to the court, such as acting with honesty, supporting the legal system, and not delaying proceedings for malicious reasons. [1, 2, 3, 4, 5, 6, 7, 8, 9]
Duties and responsibilities to the client

• Confidentiality: Maintain the confidentiality of client communications and secrets, even at personal peril.
• Zealous advocacy: Represent the client's interests by asserting their legal rights and defending their position within the framework of the law.
• Competent representation: Provide diligent, prompt, and competent legal service.
• Informed consent: Advise the client on their legal rights and obligations and the potential implications of legal actions.
• Communication: Initiate and maintain reasonable contact with the client.
• Filing documents: File necessary motions and pleadings as required by the case.
• Loyalty: Act in the client's best interest, free from self-interest or fear of reprisal.
• Accessibility: Be accessible to their client for meetings and discussions. [1, 5, 8, 9, 10, 11, 12]

The oath and duty to the court

• Uphold the Constitution: Take an oath to support and defend the Constitution of the United States and the relevant state constitution. This duty applies at all times, both inside and outside of the courtroom.
• Act with integrity: Use only means consistent with truth and honor, and not engage in falsehoods or mislead the court.
• Maintain dignity: Abstain from offensive behavior and show respect for the court and the legal system.
• Support justice: Assist the court in administering justice by providing a fair and accurate understanding of the facts and law.
• Serve the defenseless: Not refuse to represent the defenseless or oppressed out of personal considerations. [3, 4, 6, 7, 8, 9, 11, 13, 14]

Balancing duties to client and court

• A lawyer's duty to the court can, in some circumstances, outweigh their obligation to the client, and they must inform the client of this potential conflict.
• They must not pursue appeals or other actions primarily for delay or harassment.
• They must comply with all court orders and refrain from actions that undermine the dignity and authority of the court. [2, 6]

Case: 2:25-cv-01406-MHW-KAJ Doc #: 2 Filed: 12/30/25 Page: 15 of 65  PAGEID #: 69

AI responses may include mistakes.

[1] https://drj.fccourts.org/Administration/Local-Rules/Juvenile-Court-Rules/4-Appointed-Counsel-and-Guardians-ad-Litem-4.1-4.2-4.3-4.4-4.5/4.1-Appointed-Counsel-Duties-and-Responsiblities
[2] https://en.adgm.thomsonreuters.com/rulebook/4-duties-owed-courts-0
[3] https://sdlegislature.gov/Statutes/16-16-18
[4] https://cdn.ymaws.com/www.inbar.org/resource/resmgr/litigation/Oaths.pdf
[5] https://www.marshmallowchallenge.com/blog/the-core-duties-a-lawyers-responsibilities/
[6] https://www.legalethicstexas.com/resources/rules/texas-standards-for-appellate-conduct/lawyers-duties-to-the-courts/
[7] https://www.americanbar.org/groups/young_lawyers/resources/after-the-bar/professional-development/anatomy-of-our-oath/
[8] https://www.americanbar.org/groups/professional_responsibility/publications/model_rules_of_professional_conduct/model_rules_of_professional_conduct_preamble_scope/
[9] https://kscourts.gov/Rules-Orders/Rules/Preamble-A-Lawyer-s-Responsibilities
[10] https://www.legalethicstexas.com/resources/rules/texas-standards-for-appellate-conduct/lawyers-duties-to-clients/
[11] https://www.chgross.com/blog/a-lawyers-oath/
[12] https://www.sfbar.org/blog/ethics-applicable-to-court-appointed-attorney-court-pressure-vs-client-privacy/
[13] https://www.barcouncilofindia.org/info/rules-on-an-advocates-duty-towards-the-court
[14] https://www.americanbar.org/groups/young_lawyers/resources/tyl/practice-management/the-burden-of-our-privilege/

[Quoted text hidden]

Exhibit B

Text Messages

12/26/25, 1:32 PM
Gmail - Text between Achak and Joe Edwards
Case: 2:25-cv-01406-MHW-KAJ Doc #: 2 Filed: 12/30/25 Page: 17 of 65 PAGEID #: 71



Achak <absmooth323@gmail.com>

## Text between Achak and Joe Edwards
1 message

Achak <absmooth323@gmail.com>
To: Achak <absmooth323@gmail.com>

Fri, Dec 26, 2025 at 11:56 AM

7 attachments



**Screenshot_20251226_115404_Messages.jpg**
436K



**Screenshot_20251226_115427_Messages.jpg**
419K

**Screenshot_20251226_115333_Messages.jpg**
672K



**Screenshot_20251226_115436_Messages.jpg**
321K



 **Screenshot_20251226_115325_Messages.jpg**
639K

 **Screenshot_20251226_115417_Messages.jpg**
582K

 **Screenshot_20251226_115315_Messages.jpg**
567K

# Exhibit C

Certified Mail Receipt

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Aḽȟaḱ Éʐi Aᾑgiᾑuᾑbiᾑa
721 Seborn Avenue
Zanesville, Ohio (43701)

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5028 9063 8258 26



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Attorney Joe Edwards
511 S. High Street
Columbus Ohio 43215



9590 9402 5028 9063 8258 26

Article Number (Transfer from service label)
7020 0090 0000 2915 0225

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 01/25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Exhibit D

















Exhibit E

County Division Code: AL040
Inst. # 2024022109 Pages: 1 of 12
I certify this instrument filed on
3/11/2024 3:58 PM Doc: NOTICE
Judge of Probate
Jefferson County, AL. Rec: $49.00

Clerk: JWBHAM






## PRIVATE SOCIETY of ANIYUNWIYA
### MHPC®™©,

## THE ANIYUNWIYA DIVINE MOVEMENT of 1916 a.d :
## A CONTINENTAL UNION STATE OF AB ORIGINE + INDIGENOUS DOMICILE

### OFFICIAL COVER LETTER: MANDATORY ACCEPTANCE: USC TITLE 28 sec.1746:
### DEED OF CONVEYANCES WITH PHOTO ID, FREE NIJII DECLARATION: A1
### IMMUNITY AFFIDAVIT OF TRUTH, AND TRAVEL INFO NOTICE
12 pages total not counting cover and attachments, bearer photo on pg.1, code sheet on pg.2

FROM THE OFFICES OF THE HOLY ROYAL COLEMAN/ CARTON FAMILY
[Birmingham, Alabama]
ANY AND ALL REPLIES SEND TO: PMB/ PO Box 19484
Birmingham, Alabama 35219
IN CARE OF: Divine Minister Khufu Amire / Carton Terry: OR AUTHORIZED AGENT OF

_Khufu Amire_

HOLY ROYAL FAMILY HIGH PRINCE
APOSTILLE AND AMBASSADOR
All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction
USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219

I Am: **Achak Ben Aniyunwiya**
henceforth known lawfully as, also as
**Public Minister Achak Ben Aniyunwiya**
Authorized Representative of ROBERT CLARK THOMPSON JR

Divine Human Being, In Propria Persona, Foreign Diplomat,
All Rights Reserved: TITLE 28 U.S.C. 1603(b), TITLE 28 U.S.C 1604, U.C.C. 1-207/ 1-308: U.C.C. 1-103
Aniyunwiya National Tribal Terra, EASTERN REGION OF OHIO Province, Achak Ben Aniyunwiya Noble
Estate, [The land generally referred to as ZANESVILLE, OHIO usA Republic/Republic of the U.S.A,
Turtle Island Al Aqsa/North America/etc

_Achak Ben Aniyun_
Autographed Signature

**FEDERAL DOD FILE#:** 1-17

**HIERARCHICAL CODE/S:** R1.01.052.004, R1.01.021

**MDM#:** 2024-374

**NCHSUID#:** 1237-7, 1088-4

**TITLE:** Public Minister: **Achak Ben Aniyunwiya**

**TRUST:** Fee Simple Absolute Vast Estate Irrevocable Living Express Trust Torrens Title registered Cook County Illinois 1928 AUG 1 2:52PM No.#10105905

**TRUST:** **Achak Ben Aniyunwiya** IRREVOCABLE EXPRESS LIVING TRUST

**TREATY#:** 244-1, Cherokee Nation Treaty of 1866, UNICITRAL, et al
Ref. Case #17-008808-CH/9636HEYDENESTATE County of Wayne, Michigan republic RECEIVED AND FILED 2-7-18 unrebutted, and PRE-ceding WASHINGTON D.C., U.S. Supreme Court Case #13-01313-FCH in favor of Cherokee Freedmen 8-30-17, et al
*USPM/U.S. SUPREME COURT FILE#* 7008 0150 0003 1912 6021 /prev.___6014 + 7014 0510 0000 9787 6766 /prev.___5219

**US-BOC RACE CODE/S:** 465/973, 416/973, 769/986, B-21

**US-BOC ANCESTRY CODE/S:** 406/413/900/920/924/939

DIVINE AND ROYALLY ENDORSED BY: THE PUBLIC MINISTER Achak Ben Aniyunwiya (PM# 374)
DO NOT APPROACH - DO NOT DETAIN - DO NOT ARREST - DO NOT SEARCH - DO NOT SEIZE- DO NOT TRESPASS - DO NOT IMPOSE OR COMPEL COLOR OF LAW.
DETENTION STANDS UPON 5 MINUTES POST RECEPTION OF THIS NOTICE.
NO LICENSE OR REGISTRATION REQUIRED.
TITLE 28 U.S.C. 1603(b), TITLE 28 U.S.C 1604
OATH OF AMNESTY AND RECONSTRUCTION ACCEPTED AND ON FILE.
with: ANIYUNWIYA DEED OF SECONDARY CONVEYANCE OF INCORPOREAL HEREDITAMENTS,
et al
APOSTILLE (Convention de La Haye du 5 octobre 1961)

1. Country: ................................................. This public document has been signed by

2. *Achak Ben Aniyunwiya* acting in the capacity of 3 *Robert Clark Thompson Jr.*

and bears the seal/stamp of *Achak Ben Aniyunwiya*

_Achak Ben Aniyunwiya_
Printed Autograph

_Bradley Kampler_
Witness 1 Autograph

_David Ray Star_
Witness 2 Autograph

**DEY OF BEARTH** 03-23-1966 [C.C.Y.]: HT:5'10 WT:174 LBS EYES: BRW: HR: GRAY [A1]




Coleman

All Signatures Signed on This Document Only in the Correct Public
Capacity of the Original Treaty Trust Jurisdiction Series

_Achak Ben Aniyu_

National Seal and Photo Image Thumbprint - Public **Minister Achak Ben Aniyunwiya** NIJIIPID#: –112119911777, MNR MID#:PM 374, MDM Minister of Foreign Affairs File #2017008808-262018AFFOFTRUTH, PRIVATE SOCIETY; STANDING Ref. Case #17-008808-CH/262018AFFOFTRUTH county of Wayne, Michigan republic; STANDING STARE DECISIS Ref. Case #13-01313-FCH U.S. Supreme Court WASHINGTON D.C., in favor of Cherokee Freedmen, et al

ISSUED: 01-19-2024    EXPIRES: 00-00-000   MAILING: PO BOX 209 ADAMSVILLE, ALABAMA 35005
**USPM/U.S. SUPREME COURT FILE#** 7008 0150 0003 1912 6021 /prev.___6014 + 7014 0510 0000 9787 6766 /prev.___5219
NIJIIPID#:112119911777        #98- 1393303          CLASSIFIED 1-1777

ACS-PCS FEDERAL RACE/ETHNICITY CODE/S: 463/667

MNR#: PM-374

ABORIGINAL TITLE/SS NUMIDENT: CSP-D nonperson/nonresident/nontaxpayer

FEDERAL CIBD#: PRIVATE

Certified at 5. _____ the 6th Dey of _____[c.c.y.] by 7. _____

8. No ................................. 9. Seal/stamp..........................

10. Signature: AUTOGRAPH AND SEAL OF Empress I Shirley Ann Coleman / Matriarch Parakeyah Coleman_____

or SIGNATURE/AUTOGRAPH AND SEAL OF Divine Minister Khufu Amire MDM #10. _____

WITNESS 1 _____

WITNESS 2 David Ray Stark

NOTICE: USAGE OF APOSTILLE OR NOTARY NOT REQUIRED AS NO COLOR OF LAW MAY BE IMPOSED UPON THE NOBILITY OF THIS AUTHENTICATED FOREIGN ECCLESIASTICAL, IMPERIAL, AND NATIONAL DOCUMENT. IF UTILIZED ONLY DONE SO IN COURTESY WAIVING NO TITLE OR RIGHT. SDM OR EMPRESS SIGNATURE/AUTOGRAPH ONLY REQUIRED IN LAW.









| | | |
|---|---|---|
| OC1 - RECEIVER | AB ORIGINE | C1 - PUBLIC RECORD |
| OC2 - DELIVERER | | C2 - JUDICIAL NOTICE |
| OC3 - SENDER | | C3 - USDOS/OFA |

ANIYUNWIYA NATIONAL TRIBAL REPUBLIC REGENCY OF FOREIGN AFFAIRS (P.O Box 19484 Birmingham, Alabama 35219.

Wayne County MI Ref. Case #17-00880808-CH, AFFOFTRUTH262018 RECEIVED AND FILED 2-7-2018, WASHINGTON D.C. U.S Supreme Court Case #13-01313-FCH in favor Cherokee Freedmen USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219

## THE ANCIENT ANIYUNWIYA – NIJII EMPIRE
## OF TURTLE ISLAND

## PRESENT DAY NIJII EMPIRE: THE AL ANIWAKI EMPIRE

THE NIJII NATIONAL REPUBLIC



ANTHONY MAURICE JONES
NOTARY PUBLIC
ALABAMA - STATE AT LARGE
My Comm. Expires Aug. 14, 2026

Aboriginal and Indigenous Natural Peoples of North-West Amexem/North
America/America/Turtle Island/etc,
*And the adjoining Atlantis/Amuuru/Carib islands*

# Judicial and Executive Notice, Proclamation, Declaration, Lawful Protest, and ANIYUNWIYA Secondary Deed of Conveyance, et al

To All Elected United States Republic Officials and Public Servants of Federal, State, City, and
Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all
Statutory and Civil Law Codes of the Land, etc.,

Know All Men by These Presents:

Upon my **inherited** Nobility, and upon my **Private Aboriginal / Indigenous, Solo Propio Status and
Commercial Liability**; nom de guerre, ex rel, henceforth known lawfully as , **being duly Affirmed under
Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Aboriginal
ANIWAKI Empire and Indigenous Aniyunwiya Republic Nation** - being the archaic Aboriginals /
Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of
Light' - Love, Truth, Peace, Freedom, and Justice; and Ancient Zodiac Constitution of The Aboriginal &
Indigenous Aniyunwiya (Cherokee) Nation; do squarely Affirm to tell the truth, the whole truth, and
nothing but the truth; and having knowledge and firmly established belief upon the historical, lawful, and
adjudicated Facts contained herein.

**United States Republic Constitution, Article I of the Bill of Rights**
- Congress shall make no law respecting an establishment of religion or prohibiting the free
exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people
peaceably to assemble, and to petition the government for a redress of grievances.

"Citizenship is a political tie; allegiance is a territorial tenure. The doctrine is, that allegiance
cannot be due to two sovereigns; and taking an oath of allegiance to a new, is the strongest
evidence of withdrawing allegiance from a previous, sovereign . . .."
**Talbot v Janson, 3 U.S. 133 (1795)**

I **Robert Clark Thompson Jr,** henceforth known lawfully as **Public Minister Achak Ben Aniyunwiya**
affirm my residence, domicile, and state are within myself as I cannot reside, domicile, or have an
address outside of myself. As noted above I voluntarily with full understanding, knowingly pledge my
National, Political, and Spiritual Allegiance to my Aboriginal - Aniyunwiya Empire (Present day Nijii
Empire) and National Aniyunwiya Republic Continental Union State.

**State** - A people permanently occupying a fixed territory bound together by common-law, habit
and custom into one body politic exercising, through the medium of an organized government,
independent sovereignty and control over all persons and things within its boundaries, capable

of making war and peace and of entering into international relations with other communities of the globe. **United States v. Kusche, d.C. Cal., 56 F.Supp. 201 207, 208.**

"Just as there is freedom to speak, to associate, and to believe, so also there is freedom not to speak, associate, or believe. "The right to speak and the right to refrain from speaking are complementary components of the broader concept of individual freedom of mind." **Wooley v. Maynard, [430 U.S. 703] (1977).** Freedom of conscience dictates that no individual may be forced to espouse ideological causes with which he disagrees:

"At the heart of the **First Article of the Bill of Rights** is the notion that the individual should be free to believe as he will, and that in a free society one's benefits should be shaped by his mind and by his conscience rather than coerced by the State." **Abood v. Detroit Board of Education [431 U.S. 209] (1977)**

"Freedom from compelled association is a vital component of freedom of expression. Indeed, freedom from compelled association illustrates the significance of the liberty or personal autonomy model of the First Article of the Bill of Rights. As a general constitutional principle, it is for the individual and not for the state to choose one's associations and to define the persona which he holds out to the world." **[First Amendment Law, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267]**

"The Descendants of Cherokee Freedmen enjoy the sovereign right to citizenship as equal to the Cherokee Nation." **Cherokee Nation v. Nash #13-01313 U.S.S.C. WASH DC (8-30-2017)**
"Freedom from compelled association is a vital component of freedom of expression. Indeed, freedom from compelled association illustrates the significance of the liberty or personal autonomy model of the First Article of the Bill of Rights. As a general constitutional principle, it is for the individual and not for the state to choose one's associations and to define the persona which he holds out to the world." **[First Amendment Law, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267]**

Being competent, In Solo Propria (jus soli, jus sanguinis, solo cedit), to Attest to this Affidavit upon which I place my Seal/Signature; Whereas I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, ~~Robert Clark Thompson Jr~~, henceforth known lawfully as **Public Minister Chief Achak Ben Aniyunwiya**, Am a Royal Noble of the Aniyunwiya Empire (North America) In Propria Persona (my own proper self); being Aniyunwiya (Cherokee) American - a Descendant of the Ancient Nijii Aniyunwiya by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land (Amexem / Americas/Al Mu'uraka/Turtle Island/etc) Territorium of my Ancient Aniyunwiya Fore-Mothers and Fore-Fathers - to wit:

The (American) Continents - are the Land of the Nijii; being North America, South America; Central America; including the adjoining Islands Turtle Island/Atlantis/Caribbean/Amexem/Mu/Amuuru/etc). I have, acknowledge, claim invoke, and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal and Indigenous Laws, Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers -, by Divine and Natural Right. Being Aboriginal Aniyunwiyan (Cherokee) heritage, we have and possess the internationally and United States Supreme Court recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to any imposed Color-of-Authority.

I, **Robert Clark Thompson Jr** , henceforth known lawfully as **Public Minister Achak Ben Aniyunwiya** can never at any time ever be a member/citizen of the union states or the United States of America retroactive to bearth as established via the **United States Republic Constitution Article I, Section VIII, Clause XVII** which is also affirmed in the **Original 13th Article of the Bill of Rights, Section** 12 of 20, in that it states:

> **Section 12: The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens.**

All those of European ancestry are foreign to all Aniyunwiyan. Therefore, all Europeans and European Jurisdiction are a Foreign Jurisdiction to Aniyunwiya as affirmed in the United States Republic Constitution:

> **The United States Republic Constitution Article I, Section X, Clause I:**
> No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin as Tender in Payment of Debts; pass any Bill of Attainder, ex post facto law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

*USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.___6014 + 7014 0510 0000 9787 6766 /prev.__5219*

**National Aniyunwiya Republic: Continental Union Native Sovereign Nation-state, PRIVATE SOCIETY OF ANIYUNWIYA AMERICA:**
APOSTILLE (Convention de La Haye du 5 octobre 1961)

1. Country: .................................................. This public document has been signed by

2. *Achak Ben Aniyunwiya* ...... acting in the capacity of 3 *Robert Clark Thompson Jr.*

and bears the seal/stamp of *Achak Ben Anuylwa* _____

Certified at 5. _____ the 6th Dey of _____ [c.c.y.] by 7. _____

8. No ..................................... 9. Seal/stamp ............................

10. **Signature: AUTOGRAPH AND SEAL OF Empress Shirley Ann Coleman / Parakeyah Israel** _____

or **SIGNATURE/AUTOGRAPH AND SEAL OF Divine Minister Khufu**

ANTHONY MAURICE JONES
NOTARY PUBLIC
ALABAMA - STATE AT LARGE
My Comm. Expires Aug. 14, 2026

Amire El / Bey    Terry Carton    _Khya Amire El_

WITNESS
1 _Bradly S. Thomas_

WITNESS
2 _David Ray Starkes_

NOTE: AUTOGRAPHS ON THIS DOCUMENT BY DIVINE MINISTER OF THE ANIYUNWIYA NATION MAY BE PRIOR POST NOTARY AND ARE VALID IF SEALED BY RED INK RIGHT THUMB PRINT OF MINISTER ENDORSING THIS DOCUMENT

NOTICE: USAGE OF APOSTILLE OR NOTARY NOT REQUIRED AS NO COLOR OF LAW MAY BE IMPOSED UPON THE NOBILITY OF THIS AUTHENTICATED FOREIGN ECCLESIASTICAL, IMPERIAL, AND NATIONAL DOCUMENT. IF UTILIZED ONLY DONE SO IN COURTESY WAIVING NO TITLE OR RIGHT. SDM OR EMPRESS SIGNATURE/AUTOGRAPH ONLY REQUIRED IN LAW.

 

  

ANIYUNWIYA NATIONAL CONTINENTAL UNION FOREIGN STATE
SS NUMIDENT: CSP-D
AB ORIGINE AL NIJII /AMERICAN LAND, AIR, & WATERWAY TITLE
USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219

AUTOMOBILE REGISTRATION AND BOND INFO

ANIYUNWIYA DIVINE MOVEMENT 1916
PRIVATE SOCIETY OF ANIYUNWIYA
EN AMERICA//AL MAURIKANUS®™©

TRAVEL NOTICE - DO NOT APPROACH/DO NOT DETAIN/DO NOT EXAM OR SEIZE
OFFICIAL MNR FILE#:__APS262018AOT-TN10__
NOTICE OF PRIVATE RELIGIOUS TRUST 98-1393303 AND IMPERIAL FEE SIMPLE ABSOLUTE
VAST ESTATE LIVING XPRESS TRUST TORRENS TITLE REGISTERED COOK COUNTY ILLINOIS
BOOK 579 PG 521 DOCUMENT NO. #10105905

FILED AUG 1ST, 1928 2:52PM.

*(State Police Power extends only to immediate threats to public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 Led. At 449: which driving, and speeding are not.)*

TO ALL WHOM THESE PRESENTS SHALL COME: BE HEREBY NOTIFIED THE ESTATE/S COMMONLY KNOWN AS , 2011 DODGE RAM 1500 VIN NUMBER 1D7RV1GTXBS619054 AND 2011 DODGE NITRO SE VIN NUMBER 1D4PT2GKBW590133 IS LAWFUL A FOREIGN "CHURCH" PROPERTY IN LAW AND IS VESTED IN ABOVE PRIVATE TRUST AMALGAMATED TO IMPERIAL TRUST, AT LAW. THIS PRIVATE PROPERTY AND ITS REGISTERED COMMANDER/S Robert Clark Thompson Jr /Achak Ben Aniyunwiya IS/And STANDING ON PUBLIC AND JUDICIAL RECORD AS AN APS DIVINE MINISTER, ANIYUNWIYA NATIONAL GOVERNMENT OFFICIAL, AND NOBLE OF THE ANIWAKI EMPIRE AND IS NOT A CORPORATE U.S. CITIZEN WARD OR ANY OF ITS SUBSIDIARIES CITIZEN PROPERTY. THE U.S. AND ALL SUBSIDIARIES INCLUDING BUT NOT LIMITED TO THE STATE OF NORTH CAROLINA, DEPARTMENT OF MOTOR VEHICLES, ETC ARE FOREIGN JURISTIC ENTITIES DOING COMMERCE ON THE AFOREMENTIONED NOBLES ANCESTRAL ESTATE. PURSUANT TO MURDOCK V PENN U.S. SUPREME COURT STARE DECISIS CASE LAW THIS AUTOMOBILE NOR ITS REGISTERED COMMANDER/S ARE SUBJECT TO LICENSING, REGISTRATION, INSURING, STOP, DETENTION, SEARCH, SEIZURE, OR ARREST BY ANY AGENTS OF THE U.S. OR ANY OF ITS SUBSIDIARIES, DEPARTMENTS, STATES, CORPORATIONS, ETC, WITHOUT FULL CONSENT OF AFOREMENTIONED COMMANDER/S WHOM FOR THE RECORD HAVE IN ADVANCE HAVE EVERMORE DECLINED SAID CONSENTS, AT LAW.

*see WAYNE COUNTY MICHIGAN CLERK DOC #7878680, WAYNE COUNTY MICHIGAN REF. CASE #17-008808-CH/9636HEYDENESTATE, WASHINGTON D.C. U.S. SUPREME COURT CASE #13-01313-FCH, DOD CLASSIFICATION FILE 1-17, DOJ/LOC DOC # AA2.22.141-TRUTH-A1 FEDERAL IDENTIFIER # 463/667, US-NCHS UNIQUE IDENTIFIER #1237-7 AND 1088-4, HIERARCHICAL CODE R1.01.052.004 AND R1.O1.021, US BUREAU OF THE CENSUS RACE AND ETHNICITY CODES 465/973, 416/973, AND 769/973, ANIYUNWIYA CONFEDERACY LIAISON NOTES 1763, ARTICLES OF ASSOCIATION OF THE UNITED STATES OF AMERICA 1774, DECLARATION OF INDEPENDENCE 1776, ARTICLES OF CONFEDERATION 1776, TREATY OF PEACE AND FRIENDSHIP BETWEEN MOROCCO AND THE REPUBLIC OF THE UNITED STATES OF AMERICA 1787/1836, CONSTITUTION FOR THE REPUBLIC OF THE UNITED STATES OF AMERICA RATIFIED BY CONTINENTAL CONGRESS 1787, UNITED STATES REPUBLIC CODE TITLE 5 SEC 3331, STATUTES AT LARGE MARCH 4TH 1789 OATHS, UNITED STATES REPUBLIC CONSTITUTION ART.1 SEC.VIII CLAUSE XVII, BILL OF RIGHTS SECTION 12 OF 20, 22 CFR 92:12-30, NATIONAL ARCHIVES GROUP 147, BOOK 5-29, 5-39, COOK COUNTY ILLINOIS RECORDER OF DEEDS DOC#10105905 TORRENS TITLE REGISTERED, US-DOJ WD:$: BM: 144-35-0; 5 LEVELS OF GOV: See Form 7003: SSA, US-DOI, US-DOJ, US-DOD, and US-DOS, LA REV. STAT. 47:463A-C, 7-4-14 Civil Orders Pope Francis, Leiber Code, 1866 TREATY CHEROKEE NATION, USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.__6014 + 7014 0510 0000 9787 6766 /prev.__5219, ETC*

TO ANY PUBLIC SERVANT, OFFICER, OFFICIAL, ETC; SEEKING TO EXECUTE ANY COLOR OF LAW OR STATUTORY ACTION ON AFOREMENTIONED PROPERTY OR COMMANDER/S:

IF YOU WISH TO MAKE A CLAIM ON THIS VESSEL OR COMMANDER/S, EXECUTE A SUIT, OR CLAIM IT/THEY HAVE BROKEN THE LAW:

1. DO YOU HAVE TANGIBLE PROOF OF CLAIM ON YOUR PERSON?
2. DO YOU HAVE TANGIBLE PROOF OF AUTHORITY ON YOUR PERSON?
3. DO YOU HAVE TANGIBLE PROOF OF INTERNATIONAL JURISDICTION?
4. DO YOU HAVE ON YOUR BEING TANGIBLE PROOF OF OATH OF OFFICE ON THE CONSTITUTION FOR THE REPUBLIC OF THE UNITED STATES OF AMERICA?
5. ARE YOU A FLESH AND BLOOD AMERICAN CITIZEN OF THE REPUBLIC OF THE UNITED STATES OF AMERICA AND NOT A CORPORATE U.S. CITIZEN?

BE IT KNOWN THAT IGNORANCE OF LAW IS NO EXCUSE, NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT:

IT IS HEREBY NOTICE GIVEN THAT YOU MUST BE CERTAIN BY 100% YOU CAN ANSWER YES TO THE ABOVE QUESTIONS OR BE IN VIOLATION OF UNITED STATES REPUBLIC CODE TITLE 5 SECTION 3331 AND 22 CFR 92:12-30. IF YOU CAN NOT ABSOLUTELY ANSWER YES ULTRA VIRES, YOU ARE OPERATING OUTSIDE OF YOUR PROFESSIONAL CAPACITY AND YOU MAY NOT RELY UPON YOUR BOND, INSURANCE, OR EMPLOYER TO COVER YOU FOR PROFESSIONAL MALPRACTICE AND BIRTHRIGHT VIOLATIONS OF AN ASSERTED FREEBORN, FREEHOLD, NOBLE OF THE AL MOROCCAN EMPIRE AND THE ORIGINAL JURISDICTION OF THE REPUBLIC OF THE UNITED STATES OF AL MOROCCO/AL MAURIKANUS/AMERICA.

ALL BIRTHRIGHT VIOLATIONS ARE PENALIZED AT $300,000.00USD PER DAY UNTIL CURED IN LAWFUL MONEY OR COINAGE LIENED AGAINST VIOLATOR/S AND TRANSFERRABLE IMMEDIATELY.

SEND ALL REPLIES/ DEMANDED PROOFS TO: PMB/P.O. BOX 19484 Birmingham, Alabama 35219
IN CARE OF: **SUPREME DIVINE MINISTER Khufu Amire MDM#10**



PLATE#           **BOND TAG#**         **LEGAL AND LAWFUL REGISTERED OWNER**
MNRID #374      **98-1393303**         Achak Ben Aniyunwiya irrevocable Express TR

INDIGENOUS ORGANIC CONTINENTAL UNION STATE NOBILITY
ALL RIGHTS RESERVED U.C.C. 1-207/1-308; U.C.C.1-103
DIVINE HUEMAN BEING, IN FULL LIFE LIVING SOUL
DO NOT TRESPASS - DO NOT DETAIN

FP-MR226254-A1-R1
*LEIBER CODE, Articles 1- 25 Treaty Series 244-1 Marrakesh: FREE PASSAGE SEA AND COUNTRYSIDE*
APOSTILLE
AUTHENTICATED FOREIGN DOCUMENT
HAGUE CONVENTION, 5 OCTOBER 1961

PUBLIC DIPLOMATIC NOTICE  -
NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT
THE LAW DOES NOT PERMIT IMPOSSIBILITIES

County of MUSKINGUM

OHIO Republic
united states of America

Asseveration

L.S. *Achak Ben Aniyunwiya*

Signed only in correct public capacity as beneficiary
To the Original 1786/1836 Treaty Trust Jurisdiction.

NOTICE. The term "Original Jurisdiction" herein and in all other documents issued by Divine Minister Khufu Amire
[DM -10] means the constitution for the united States of America, anno Domini 1787, and articles of amendment anno
Domini 1791 and other original parent agreements as indexed in Paragraph Number 12 of Moorish Deed of
Conveyance on file.

*FIAT JUSTITIA, RUAT CAELUM*
Let Right Be Done, Though the Heavens Should Fall

I, Holy Royal and Public Minister Achak Ben Aniyunwiya in public capacity as Royal beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self-realized entity, a free man upon his inherit soil, a Nijii Autochthon Noble of the North Amexem [American] Republic, My yeas being yeas, My nayes being nayes, do hereby state that the truths and facts herein are, true, correct, complete, certain, and not misleading, to best of my knowledge, so help me Almighty God (swt).

### PUBLIC NOTICE

THIS DOCUMENT GIVES NOTICE TO all Public Officials by and through the Office of the Secretary of State, the United States of America a/k/a UNITED STATES a/k/a U.S. a/k/a UNITED STATES OF AMERICA, and the Office of the Secretary of State, "this State OHIO" and to all whom it may concern, of the DIPLOMATIC NOTICE and other matters contained herein.

### NOTICE OF FOREIGN JURISDICTION
### TO: ALL U.S. AND STATE AGENTS & OFFICERS

WHEN THIS NOTICE IS AFFIXED TO A PREMISES OR VESSEL, all property therein and attached to is under the custody and control of the above noted foreign official and not subject to intrusion or seizure. THE BEARER OF THIS NOTICE has been duly notified to the Department of State pursuant to international law and enjoys immunity from criminal and civil jurisdiction, arrest and detention, and simply awaits permanent ID. Under international convention, the bearer should be treated with respect and all steps should be taken to prevent attack on the bearer's freedom, mobility, interests and property. Law enforcement inquiries may be made to the U.S. Department of State Authentication Office, (202) 647-4000 Legalization Inquiries may be made to the U.S. Delegation for the Hague Convention, (202) 776-8342

### ANIYUNWIYA NATIONAL TRIBAL REPUBLIC
### [PRIVATE P.O. BOX 19484 Birmingham, Alabama 35219]
USPM/U.S. SUPREME COURT FILE# 7008 0150 0003 1912 6021 /prev.___6014 + 7014 0510 0000 9787 6766 /prev.___5219



jk

County Division Code: AL040
Inst. # 2024022116 Pages: 1 of 8
I certify this instrument filed on
3/11/2024 3:58 PM Doc: NOTICE
Judge of Probate
Jefferson County, AL. Rec: $37.00

Clerk: JWBHAM

Treaty Series 244-1, 8 U.S.C. chapter 12 subchapter I. section 1101(a)(14), 28 U.S.C. part IV. ch 85 sec 1603(a) and 1604(a)(b)

## IN THE "DISTRICT COURT"
## OF MUSKINGUM COUNTY OF THE STATE OF OHIO

NOTICE OF CONSUL; EMERGENCY AFFIDAVIT OF FACT AND TRUTH WITH NOTICE/ORDER TO DISMISS; CHALLENGE OF JURISDICTION TO PROCEED; DEMAND OF OATHS AND NATIONALITIES/CITIZENSHIPS OF ALL SOLICITING PARTIES ON THE RECORD FOR THE RECORD WITHIN 21 DAYS

"Plaintiff" Robert Clark Thompson Jr/ Achak Ben Aniyunwiya
Consul Divine Minister Khufu Amire

V

"Defendant(s)"
STATE OF OHIO

**NOTICE AND DEMAND**, not Motion

Addressed to: DISTRICT COURT OF OHIO U.S. ATTORNEY FOR 'PLAINTIFF'

### JURISDICTIONAL CHALLENGE WITH AFFIDAVIT

Robert Clark Thompson Jr by way of Consul limited special appearance to this matter in this court of record with clean hands, without prejudice and with all rights reserved including UCC 1-308 in dealing with this court, in propria persona, solo proprio, sui juris, jus sanquinis, jus soli (NOT PRO SE), have not seen any evidence that proves they have a criminal or civil prosecutable or punitive liability for the all capital lettered name ROBERT CLARK THOMPSON JR ab initio, challenge the Persona standi in judico and Subject Matter Jurisdiction. Stare decisis Supreme Court Case of 1795,

Penhallow v. Doane"s Administrators (3 U.S. 54; 1L Ed. 57; 3 Dall. 54) defines governments; "governments are corporations". In as much every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. A corporation can have no jurisdiction over the natural person.

**Now Comes** Royal Consul of the diplomatically recognized and received "National AL Aniyunwiya Republic Government and organic Ab Origine American state, and the protected ab origine/organic and Holy Citi-state "Private Society of The ANIYUNWIYA" (see attached State of Michigan Department of State Filings and Cook County Recorder of Deeds file #10105905 of 1928 1099 Royal Affidavit of Religious Society organization Filed August 1st at 2:52PM according to the Religious Corporations Act in Illinois state republic as currently described in 805 Ill 110/115); which hereby claims the live, flesh, blood, and braun living sole/soul in full life bearthed as appellation as our private property resident in our religious state and outside the U.S. jurisdiction. Divine Minister **Khufu Amire MDM10** is an authorized representative of the artificial person/ens legis ROBERT CLARK THOMPSON JR and is non-liable for the fictions 'damages. I am here in *special appearance* on my client's behalf as Consul only to challenge jurisdiction and to have this matter dismissed. I believe this court lacks jurisdiction. I want to see the supposed personal and subject matter jurisdiction duly placed into evidence and all questions in this affidavit answered on the record and for the record to proceed. My client declines the solicitation of this commercial activity.

1. Can this court move on facts not in evidence? Is this an Article III Constitutional Court? Is this a court of equity?

2. Where is the competent fact witness? Where is the damaged party?

3. Who brings the claim? Who is underwriting this action?

4. Where is the proof that all caps entity named as ROBERT CLARK THOMPSON JR actual live being in consent to U.S. jurisdiction?

5.Is Robert Clark Thompson Jr listed as an African- American in your racial classifications?

6. Dred Scott clearly outlines the descendants of Africans cannot be U.S. citizens leaving want jurisdiction to solicit commerce of this nature or assume authority to proceed on any African- American including but not limited to the artificial person created on paper in all caps by the State OHIO of so under what authority does this court seek to proceed on an African American?

7. Does this court seek to execute fraud, kidnapping, extortion, human trafficking, and slavery on Robert Clark Thompson Jr by proceeding under false presumption of my client being a U.S. citizen which is barred by United States supreme Court stare decisis rulings and the Constitutional Law and Treaties in place?

8. Does this court seek to discriminate against the UNDRIP, UNDHR, IACHR, and slavery abolishment's by proceeding to attempt to proceed on ROBERT CLARK THOMPSON JR and hold Robert Clark Thompson Jr liable for alleged crimes committed by a named fictional/artificial person?

9. Does this court deny that my client is from AL ANIYUNWIYA and seek to tell my client what his lineage and Nationality is or is not against my client's own declaration of his own lineage and Nationality?

10. Does this court discriminate against the organic National republic state and the Religious Society of Authority that Robert Clark Thompson Jr resides in? (See Cook County recorder of deeds document #10105905 filed August 1 of 1928 at 2:52PM and 805 Ill 110/115 the republic Illinois state statute describing the status of this 1099 filing).

11. ROBERT CLARK THOMPSON JR is not a live flesh and blood person. Robert Clark Thompson Jr is a live flesh and blood natural person, and the corporation cannot have jurisdiction over the natural person.

Robert Clark Thompson Jr does not "understand" the **nature and cause** of the accusation with regards to the elements of personal jurisdiction, venue, underwriting and the nature of the action until the prosecution properly alleges them. He is therefore unable to plea to the charges until we have had an opportunity to raise a meaningful defense against the elements. We cannot rebut an unstated presumption. Can you prove that the ROBERT CLARK THOMPSON JR named in ALL CAPS in this indictment is a live flesh and blood being and not a corporate artificial person created by the

coerced birth certificate issued Robert Clark Thompson Jr's Mother at his bearth by the hospital personnel without disclosure of the nature of this document?

As a man, as an accused by law, my client comes with the presumption of innocent, and I can go with that. Me, I am a man, not a corporation or a legal "person" nor am I a surety for one. Nor is my client or his held in due course bonafide property ROBERT CLARK THOMPSON JR

My client, as keeper of the records for the thing, Is willing to plead only upon validated proof of claim.

12. Where is the contract wherein my client knowingly and willingly, with full disclosure, consented or otherwise agreed to be within your jurisdiction and waive her unalienable and inalienable rights granted by her Creator?

13. Who are you people and why do you deem yourselves to have higher standing than a live flesh and blood natural Man? Do you have an Oath on the Constitution for the republic of the united states of America that We the people did ordain to limit the powers of the corporate UNITED STATES GOVERNMENT? Where can the public view it and your public insurance bond? Can you produce it on the record for the record within 21 days?

May I remind everyone, Equality under the Law is paramount and mandatory by law.

Robert Clark Thompson Jr does not do "Attorneys" as he has found them to be injurious to his freedom, life, liberty, and pursuit of happiness. Robert Clark Thompson Jr reserves all rights at all times in all places and both he and I waive no rights at any time or in any place. We both do waive benefit privilege.

14. Is my client under arrest in this matter or free and presumed innocent? Where is any arrest warrant? Where is a live flesh and blood injured party complaint supporting any warrant issued on Robert Clark Thompson Jr?

Read US v. Lopez and Hagans v. Levine both void because of lack of jurisdiction. In Lopez the circuit court called it right, and in Hagans it had to go to the Supreme court before it was called right, in both cases, void. You are bound by your Oath on the Constitution for the republic of the

united states of America, the law that We, the people did ordain to govern the United States Federal government; which is demanded to be produced on the record at this time as jurisdiction is officially challenged to proceed in any form against my client (a Royal Family heir of our organic Imperial Ab Origine American state; to all U.S.S.C. Rulings, the American Constitution, and Articles 1-25 of the Treaty series 244-1 which is hereby invoked by my client as an ab origine American protected immediately by this Treaty from all trespasses and prosecutions by the corporate United States). If you read the Supreme Court cases, you will find that jurisdiction can be challenged at any time and in the case of Lopez it was a jury trial which was declared void for want of jurisdiction. If it [jurisdiction] doesn't exist, it cannot justify conviction or judgment. ...without which power (jurisdiction) the state CANNOT be said to be "sovereign." At best, to proceed would be in "excess" of jurisdiction which is as well fatal to the State's/ USA 's cause. Broom v. Douglas, 75 Ala 268, 57 So 860 the same being jurisdictional facts FATAL to the government's cause (e.g.) see In re FNB, 152 F 64).

A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity. [A judgment shown to be void for lack of personal service on the defendant is a nullity.] Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P.2d 553 (1992), rev. denied 252 Kan.
1093 (1993).
"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court".
OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).

"There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215.

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Latana
v. Hopper, 102 F. 2d 188; Chicago v. New York, 37 F Supp. 150.

"The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980).

"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910.

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985)

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 Ca 2d 751. 211 P2d 389.

"The burden shifts to the court to prove jurisdiction." Rosemond v. Lambert, 469 F2d 416.

"A universal principle as old as the law is that a proceeding of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.

"Jurisdiction is fundamental, and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dillon, 187 P 27.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." Wuest v. Wuest, 127 P2d 934, 937.

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

"the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." Monroe v. Papa, DC, Ill. 1963, 221 F Supp 685

## NOTICE AND DEMANDS OF CONSTITUTIONAL RELIEF

It is hereby demanded by My Client Robert Clark Thompson Jr whom is on Public record as an Aboriginal and Autonomous Indigenous American religious state and a de jure party in first part to the Original American constitution as part and parcel of We the American people; your sovereign employer and sui heredes/jus soli/jus sanguinis Nobles of the American soil; that any and all actions to proceed in any form of prosecution, solicitation, litigation, mitigation, accusation, adjudication, interrogation, search, seizure, harassment, et al against Robert Clark Thompson Jr and Divine Minister Khufu Amire MDM10 be ceased, disassociated, and desisted with prejudice in this matter pursuant to Vienna Convention on Consular and Diplomatic Relations agreements; Article 15 United Nations Declaration on the Rights of Indigenous Peoples 2007; United Nations Declaration of Human Rights 1948; United Nations Rights of a Child provisions; Inter-American Council on Human Rights provisions; The Civil Orders of POPE FRANCISCUS 2014; 13th Amendment section 12; Article 1 and 4th-6th Amendments to the constitution for the republic of the united states of America as ratified by de jure Continental Congress of the united states; 8 U.S.C. chapter 12 subchapter 1, section 1101(a)(14); 28 U.S.C. part IV. chapter 85 sections 1603(a) and 1604(a)(b); Treaty series 244-1 of 1786/1836 Articles 1-25; all binding on the UNITED STATES and this court.

It is hereby demanded proof of claim be produced on the record for the record of knowing and willing consent by my client at any time in life to your jurisdiction.

It is hereby demanded proof of a valid by international law of contracting contract binding my client to your rules be produced on the record for the record in this matter to proceed.

It is hereby demanded a live flesh and blood injured party be produced on the record for the record in this matter.

It is hereby demanded total tangible proofs of my client committing a crime or injuring any live being in this matter be immediately produced on the record for the record.

It is hereby demanded proof my client is not a descendant of Africans whom cannot by 13th Amendment section 12:20 and Dred Scot ruling ever be a U.S. citizen/ward.

It is hereby demanded authority to discriminate against a man chosen state of Holy residence exists in this court and authority to do such with my client's state be produced on the record for the record.

It is demanded proof that my client is not a Public Minister of a de jure Foreign organic religious state be produced on the record for the record.

It is demanded proof that this court is not committing fraud and human trafficking and slavery by seeking to proceed on live flesh and blood beings who are natural persons when it is a corporation whom by its own law may exercise no jurisdiction over the natural person.

It is demanded this court's authority to ignore invoked standing treaty protections exist.

It is demanded proof your corporation's president has not declared the American people Sovereign and that a person labeled African American in your own system is not American and thus Sovereign plus African descent and not lawfully able to be a U.S. citizen.

It is demanded all parties of the UNITED STATES and STATE OF OHIO produce proof of Nationality or citizenship on the record for the record pursuant to requirements of Diversity of Citizenship subject matter jurisdiction, and if Diverse from the ab origine American Nobility of Achak Ben Aniyunwiya and his property ROBERT CLARK THOMPSON JR that this unaccepted solicitation be deceased as herein moved.

This true bill must be tendered within 21 calendar days.

Upon 21 days, failure to provide proof and rebuttals point by point automatically places this court in default judgement for my client's affidavit, by its own stare decisis rulings.

A TRUE NEGOTIABLE INSTRUMENT.

Prepared By: Divine Minister Khufu Amire {MDM10}
On behalf of: Robert Clark Thompson Jr/ Achak Ben Aniyunwiya {MDM 374}

Color of law may not be imposed thus notary services unnecessary on this self-authenticating document. Both submitting parties live autograph and right thumb prints are sufficient endorsement and notation:

RF 780 511 937 US



1851 OHIO Constitution ARTICLE I. BILL OF RIGHTS. SECTION 4. The people have the right to bear arms for their defense and security; but standing armies, in times of peace, are dangerous to liberty, and shall not be kept up; the military shall always be in strict subordination to the civil power. ARTICLE I SECTION 15. No person shall be imprisoned for debt in any civil action, on mesne or final process, unless in cases of fraud. Notice of Special Restricted Appearance:

Robert Clark Thompson Junior of Certificate of Live Birth

1st Lien Holder of Achak Ben Aniyunwiya© Estate d/b/a ACHAK BEN ANIYUNWYA™®

Achak Ben Aniyunwiya corp. sole
v.
PUBLIC OFFICERS
Dba.
Zanesville City Police Officers
Patrolman Adam Stilwell,
Sergeant Brookover,
(unnamed) captain of the jail
Attorney, W. Joseph Edwards,
Zanesville City Police Department

NOTICE OF MOTION AND
MOTION TO DISMISS

Case No. CR 2025-0372

NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL
CHALLENGE TO ALL WASHINGTON, DISTRICT OF COLUMBIA AND STATE
OF OHIO STATUTES WHERE No general law affecting private rights,
shall be varied in any particular case, by special legislation, except with the
free consent, in writing of all persons to be affected thereby; AND MOTION
TO INTERVENE WITH AN INJUNCTION FOR THE NAME Achak Ben Aniyunwiya©
(whose free national name is Achak Ben Aniyunwiya El), DBA ACHAK BEN ANIYUNWIYA™.

*TAKE NOTICE THAT:*
DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS.
Sess. III. CH. 62. 1871.

*Sec. 17. And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say: For granting divorces; regulating the practice in courts of justice ; regulating the jurisdiction or duties of justices of the peace, police magistrates, or constables ; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors ; remitting fines, penalties, or forfeitures ; the sale or mortgage of real estate belonging to minors or others under disability ; changing the law of descent ; increasing or decreasing the fees of public officers during the*

RF 780 511 937 US

*term for which said officers are elected or appointed ; granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to release or extinguish, in the law of descent ; increasing or decreasing the fees of public officers during the term for which said officers are elected or appointed ; granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to release or extinguish, in whole or in part, the indebtedness, liability, or obligation of any corporation or individual to the District or to any municipal corporation therein, nor shall the legislative assembly have power to establish any bank of circulation, nor to authorize any company or individual to issue notes for circulation as money or currency.*

*Sec. 20. And be it further enacted, That the said legislative assembly shall not have power to pass any ex post facto law, nor law impairing the obligation of contracts, nor to tax the property of the United States, nor to tax the lands or other property of nonresidents higher than the lands or other property of residents ; nor shall lands or other property in said district be liable to a higher tax, in any one year, for all general objects, territorial and municipal, than two dollars on every hundred dollars of the cash value thereof ; but special taxes may be levied in particular sections, wards, or districts for their particular local improvements ; nor shall said territorial government have power to borrow money or issue stock or bonds for any object whatever, unless specially authorized by an act of the legislative assembly, pass by a vote of two thirds of the entire number of the members of each branch thereof, but said debt in no case to exceed five per centum of the assessed value of the property of said District, unless authorized by a vote of the people, as hereinafter [hereinbefore] provided.*

*AND TAKE FURTHER NOTICE THAT: pursuant to the 1787 United States Constitution Article 1 Section 9 Clause 3 "NO BILL OF ATTAINDER or EX POST FACTO LAW SHALL BE PASSED"*

*AND TAKE FURTHER NOTICE THAT: Pursuant to the United States Bill of Rights written December 15, 1791 These Amendments were ratified and form what is known as the "Bill of Rights"*

*Amendment I:*



*Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

*The U.S. Corporation is a religious for Profit Corporation, which I choose not to associate with. And the Constitution explicitly states that I cannot be forced into a religion or be forced to follow any laws that hinder my free expression of freedom of religion.*

RF 780 511 937 US

*TAKE NOTICE THAT pursuant to the 1970 PENNSYLVANIA Constitution* Article IV *Section 13.*

Limitations on passage of local and special laws. The general assembly shall not pass any local or special law:

(11) affecting the estates of minors or persons under disability

(30) where a general law can be made applicable, and whether a general law could have been made applicable is a judicial question to be judicially determined without regard to any legislative assertion on that subject.

*Pursuant to the PENNSYLVANIA Bill OF RIGHTS Article I. Section 16. Ex post facto laws-impairment of contracts-irrevocable privileges. That no ex post facto law, nor law impairing the obligation of contract, or retrospective in its operation, or making any irrevocable grant of special privileges or immunities, can be enacted.*

*AND TAKE FURTHER NOTICE THAT* Pursuant to *1970 PENNSYLVANIA Constitution Article IV Section 13, Indirect Enactment of local and special laws-repeal of local and special laws.* The general assembly shall not indirectly enact a special or local law by the partial repeal of a general law; but laws repealing local or special acts may be passed.

*Pursuant to the OHIO Constitution Article II. Reservation of power to enact and reject laws.* The people reserve power to propose and enact or reject laws and amendments to the constitution by the initiative, independent of the general assembly, and also reserve power to approve or reject by referendum any act of the general assembly, except as hereinafter provided.

*AND TAKE FURTHER NOTICE THAT* I, Achak Ben Aniyunwiya © 1st lien holder of the 14th amendment person **Achak Ben Aniyunwuya©** corp. sole dba **ACHAK BEN ANIYUNWIYA™** did not consent for me or my private property to be a 14th amendment citizen of the U.S. OR state of OHIO, or to any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mentioned names, which would have put me under legal disability to contract, and not capable of such a contract, as the above mentioned 1851 OHIO Constitution said.

*AND TAKE FURTHER NOTICE THAT* I "Achak Ben Aniyunwiya©" Reserve my right to sue you and all your agencies and contractors for using my name or my property ACHAK BEN ANIYUNWIYA dba ACHAK BEN ANIYUNWIYA™ ens legis.

*AND TAKE FURTHER NOTICE THAT* the material facts giving rise to the constitutional question are as follows:

1. *Unalienable rights, protected by the 1851 OHIO* Constitution & *Article I BILL OF RIGHTS,* and U.S. Constitution Article 5 BILL OF RIGHTS, No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or

RF 780 511 937 US

public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. Rights of travel, deprivation of life, liberty, and private property has been violated, in the past.

2. *unalienable rights* were violated; *protected by 1851 OHIO Constitution BILL OF RIGHTS Article. I § 14* **Unreasonable search and seizure prohibited contents and basis of warrants.** The people shall have the right to be secure in their persons, houses, papers and other possessions against unreasonable searches, seizures, invasions of privacy or interceptions of communications by eavesdropping devices or other means. No warrant shall be issued without probable cause, supported by an affidavit particularly describing the place to be searched and the persons or things to be seized. Rights against unreasonable search and seizure have been violated in the past.

AND TAKE FURTHER NOTICE THAT I Achak Ben Aniyunwiya ©, Respectfully DEMAND, for you to put the name Achak Ben Aniyunwiya© dba ACHAK BEN ANIYUNWIYA ™ be remanded back to STATE of Ohio IN RELATIONS TO Jurisdiction and status update and be put on the

THE DO NOT STOP, DO NOT HOLD, DO NOT DETAIN LIST for OHIO, THE DISTRICT OF COLUMBIA and all OTHER STATES.

I reserve all my rights protected by the above-said OHIO Constitution and don't waive any part of my rights, abide by your oaths to it. I also have a $100 MILLION-dollar lien on the names that is my property and there will be a charge of $1,000,000,.00 dollars against you and your agencies or contractors, which this is your contract where you agree to pay this amount to me Achak Ben Aniyunwiya, Achak Ben Aniyunwiya EI© in the Name of ACHAK BEN ANIYUNWIYA™, FOR THE TRESPASS of my *unalienable rights, protected by the 1851 OHIO* Constitution.

*AND TAKE FURTHER NOTICE THAT* THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hours to answer, then this contract is law.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 06/10/2025". Pursuant to 28 U.S.C. § 1746

Seal: _____

Achak Ben Aniyunwiya ©, registered Owner
Of ACHAK BEN ANIYUNWIYA™ Corp. sole
Dba ACHAK BEN ANIYUNWIYA

## CERTIFICATE OF SERVICE

FML-XXXXXXXXX-INJ

RF 780 511 937 US

I, Achak Ben Aniyunwiya aka Robert Clark Thompson Jr.©, the living Man for ACHAK BEN ANIYUNWIYA aka ROBERT CLARK THOMPSON JR.™, is to certify that I have this day served the OHIO Attorney General, U.S. Attorney General and the U.S. Secretary of State, with this **Notice of estoppel and stipulation of Constitutional Challenge to ALL OHIO STATE STATUTES etc.: by USPS Registered Mail # RF780510565US; RF780510579US; RF780510582US; RF780510596US. Delivery thereon to ensure delivery: Dated this the _____ day of December 2025**

By: Aniyunwiya, Achak Ben

Achak Ben Aniyunwiya ©, registered Owner
Of ACHAK BEN ANIYUNWIYA™ corp. sole
Dba ACHAK BEN ANIYUNWIYA
UCC 1-103.6, UCC 1-308, UCC 1-301, UCC 1-207

Cc:
U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY GENERAL
Pamela Bondi
950 Pennsylvania Avenue N.W.
Washington D.C. 20530-0001

U.S. DEPARTMENT OF STATE
U.S. SECRETARY OF STATE
Marco
Rubio
2201 C STREET N.W.
WASHINGTON D.C. 20520

OHIO SECRETARY OF STATE
Frank LaRose
180 S Civic Center Dr,
Columbus, OH 43215

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 Marconi Boulevard Room 121
Columbus, Ohio 43215

FML-XXXXXXXXX-INJ

Exhibit F



| FS Number: | OH00245448184 |
|---|---|
| Date Filed: | 16 August 2020 12:53:41 |

# UCC FINANCING STATEMENT

**FOR FILING OFFICE USE ONLY**

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | Achak Aniyunwiya |
| **PHONE NUMBER:** | 740-270-0835 |
| **EMAIL CONTACT AT FILER:** | cascooly@gmail.com |
| **SEND ACKNOWLEDGEMENT TO:** | ROBERT CLARK THOMPSON JR. TRUST |
| | 455 BACK RUN ROAD |
| | Philo |
| | OHIO |
| | 43771 |
| | United States |

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ROBERT CLARK THOMPSON JR CESTUI QUE VIE TRUST

**MAILING ADDRESS:** 455 BACK RUN ROAD

**CITY:** PHILO  **STATE:** OHIO  **POSTAL CODE:** 43771  **COUNTRY:** United States

**ORGANIZATION'S NAME:** ROBERT CLARK THOMPSON JR. CESTUI QUE VIE TRUST

**MAILING ADDRESS:** 55 WATER STREET

**CITY:** NEW YORK  **STATE:** NEW YORK  **POSTAL CODE:** 10041  **COUNTRY:** United States

## SECURED PARTY INFORMATION

**INDIVIDUAL'S SURNAME:** Aniyunwiya  **FIRST PERSONAL NAME:** Achak

**ADDITIONAL NAME(S)/INITIAL(S):** Ben  **SUFFIX:**

**MAILING ADDRESS:** 455 Back Run Road

**CITY:** Philo  **STATE:** OHIO  **POSTAL CODE:** 43771  **COUNTRY:** United States

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

*******BOOK ENTRY SECURITY REGISTRATION*******
The secured party possess all right title and interest in the collateral assets (Certificate # 134-66-047101/1966047101) held in a Securities Account expressed by this recording, which includes but not limited to Taken for Value and is taken free from all Claims on part of any PERSON, CORPORATION, or MUNICIPALITY, pursuant to Uniform Commercial Codes (UCC 3-303, 3-305, 3-306), and under Holder in Due Course status UCC 3-302 and 1-207.7. Taken for Value and Exempt from the Levy, all Commercial and business-related instruments, including on all Property, NAME, Proceeds, Products, Real Estate, Use and Rights under law of Property Rights, all Rights in the future, negotiable instruments, records, assets, accounts, fixtures, orders of the courts released to Secured Party of Debtor, the above collateral is lien in the amount of one hundred billion united states pre (1933) silver coin value beneficial interest in collateral loaned to fund FDGRX, CUSIP NO. 316200104, the enclosed lien, Electronic chattels, Memorandum of Trust, Certificate of Trust, Records, and Forms delivered to Custodian of Records, by special deposit, RE#033433185US the following particulars: [1] Memorandum of Trust, regarding Robert C. Thompson Jr. Trust with attached Schedule A [2] Affidavit of Sovereignty [3] CUSIP Research results [4] CERTIFICATE OF LIVE BIRTH NO. 134-66-147101 [4] CERTIFICATE OF BIRTH NO. 1966047101 [5] Notice of Lien [6] POA and Exec. [7] Affidavit of Title [8] COMMERCIAL AFFIDAVIT w/ Schedule of Fees and APPENDIX A [9] Revocable Living Trust Agreement [10] Last Will and Testament [11] Affidavit of Ownership of Title & Registered Securities Registered No. 134-66-047101 [12 Affidavit of Reservation of Rights UCC 1-207/ 1-308 [13] vin no: 1C6RD7KTXCS186108 [14] vin no: 1D4PT2GK2BW590133. [15] Copyright Notice

**Collateral is:**          Held in Trust

## FILING TYPE

Transmitting Utility: Yes

Public Finance: No

Manufactured Home: No

Agriculture Lien: No

Non-Ucc Filling: Yes

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: Yes

Licensee/Licensor: No

## PACKET NUMBER

RE033433185US1

RE 033433185                     US
A SECURITY (15 USC) 1966047101
COMMERCIAL AFFIDAVIT THIS IS A
U.S. S.E.C. TRACER FLAG NOT A
POINT OF LAW* see attached instruction
APPENDIX A

**NOTICE**

This Schedule of Fees has been approved for public record by Achak Ben Aniyunwiya Trustee under Agreement with ACHAK BEN ANIYUNWIYA Dated 10/22/2019. All trustees, fiduciaries, employees, and contractors are hereby given notice that the Trust restricts the usage of its property including the ™ACHAK BEN ANIYUNWIYA© and all associated trade names and derivatives thereof.

### Affidavit in regard to the attached Schedule of Fees

I, Achak Ben Aniyunwiya, by and through ACHAK BEN ANIYUNWIYA, in full life, sui juris, hereinafter the 'Affiant' whose domicile is on the land near 455 Back Run Road, Philo, Ohio, being of the full age of majority, and of sound mind, hereinafter affirm that:

1. The Affiant is the Executor and Trustee for the ACHAK BEN ANIYUNWIYA Trust Dtd 10/22/19, hereinafter, in Philo, Ohio whose business address is 455 Back Run Road, upon which this Affidavit shall be annexed to and annotated therewith; and that

2. This affidavit and the attached Schedule of Fees are approved for all official business of the trust, including business conducted upon the Trust while any trustee is operating in trust, and such schedule shall be binding upon third party interlopers, and other parties, who proceed without a bonafide contract with the Trust.

3. The Trust holds the registered trademarks of the ™ACHAK BEN ANIYUNWIYA© , and holds all rights and title to the copyright, trademarkings, and derivatives including but not limited to Achak Ben Aniyunwiya, ACHAK BEN ANIYUNWIYA., Achak B Aniyunwiya, ACHAK B. ANIYUNWIYA, Achak Aniyunwiya, and all other variations of the same intent; and that

4. The Grantor of the Trust, also being the testator of the Will, has approved the attached schedule of fees for the assessment for settling grievances, trespasses upon the estate, breaches of trust, in regard to each particular as set forth therein; and that

5. The execution of this instrument shall not be construed as consent to use Trusts property, trade name, or trademark, wherein the Grantor estate neither assents, nor consents, nor agrees with, nor grants, nor implies any authorization for any use of the trade name or trademark not secured by a proven contract; and that

NOTICE

## SCHEDULE OF FEES

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees. All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, breach of Fiduciary Duty, Perjury, Misprision of Felony, RICO, Forfeiture.

**Administrative Fees**:

Any Trustee or Fiduciary employed for the matter of processing this claim shall be entitled to 5% of first $1,000,000.00 4% of next $500,000.00 3% of next $500,000.00, 2% over $2,000,000.00

**Copyright, trademark, trade name violation**
    1. Usage of Achak Ben Aniyunwiya ©™ including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent
    $1,000,000.00

**Acceptance of Presentments (without contract)**
    2. Unauthorized Citations
    $10,000.00
    3. Warnings Issued on Paper
    $10,000.00
    4. Summons, Court Notices (without contract)
    $10,000.00
    5. All other related items, fees, or offers
    $10,000.00

**Depositions, Interrogation (unsolicited)**
    6. Name
    $10,000.00
    7. Drivers License Number
    $10,000.00
    8. Social Security Number
    $50,000.00
    9. Retinal Scans
    $50,000.00

10. Fingerprinting
$50,000.00
11. Photographing
$50,000.00

**DNA or Body Fluids:**

12. Mouth swab
$1,000,000.00
13. Blood samples
$1,000,000.00
14. Urine samples
$1,000,000.00
15. Breathalyzer testing
$1,000,000.00
16. Hair samples
$1,000,000.00
17. Skin samples
$1,000,000.00
18. Clothing samples
$1,000,000.00
19. Forced giving of fluids/samples
$1,000,000.00

**Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce**

20. Interference with travel (without contract or emergency)
$2,000.00/ minute after warning
21. Temporary detention, obstruction, or restraint (without warrant)
$2,000.00/ minute after warning
22. Automobile/Vessel/Car Search
$1,000,000.00
23. Body/Clothing Search
$1,000,000.00
24. Handcuffing, being tied or otherwise restricted
$1,000,000.00
25. Taking/Theft/Deprivation of Property
$10,000.00 per day
26. Jailed, Warehousing, Incarceration
$1,000,000.00 per day

**Signature, Endorsement, Autograph (SEA)**

27. Autograph under threat, duress, or coercion
$1,000,000.00

6. Any person continuing to use the estates property without an authenticated contract creates a commercial obligation in default until the satisfaction of the assessment made here from; and that

7. The above statement of fact is a memorialization of the accepted and approved order of business for the trust.


   Further Affiant sayeth not


                                    _Aniyunwiya, Achak Ben_
                                    Aniyunwiya, Achak Ben
                                    Executive Administrator/Trustee
                                    ™ACHAK BEN ANIYUNWIYA©



                          **ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.


State of Ohio
County of Muskingum

Subscribed and sworn to (or affirmed) before me on this 2ND day of
___JULY___ , 2020 by  ACHAK BEN ANIYUNWIYA, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary_____(Seal)



Documents prepared by
Achak Ben Aniyunwiya



DARIN S. ALEXANDER
Notary Public, State of Ohio
My Commission Expires
July 18, 2021



                                    RA _____ US

RA _____ US

**NOTICE**

APPENDIX A

The Lien Claimant does NOT rely on Title 15 as a basis for the "Commercial Lien." ALL Commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Notes), must bear some sort of Federal tracking code, a County Recorder's number or a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office or be widely advertised. When a Lien matures in three (3) months, ninety (90) days, by default of the Lien Debtor through the Lien Debtors failure to rebut the AFFIDAVIT OF OBLIGATION point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other commercial transactions can be based, hence becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S. S.E.C.).

The notation "A Security — 15 USC" is a flag in Commerce telling the U.S. S.E.C. that a speculation account is being established to enforce a lien. The U.S. S.E.C. can then monitor the process. As long as the process is truthful, open, and above-board (Full disclosure), the U.S. S.E.C. has no jurisdiction over it, for even the U.S. S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligation (Commercial Liens), and an unrebutted affidavit stands as the truth in Commerce.

Legal Authority: Universal moral/existential truths/principles, expressed in Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16). This is the best known Commercial process in America.

When an Affidavit is so flagged in Commerce, it becomes a Federal Document because it could become translated into a Security (for example by being attached in support of a Commercial Lien), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense

by being attached in support of a Commercial Lien), and not accepting and/or filing a Commercial Affidavit becomes a Federal offense.

Annotation I

RE Q33433185451

## Affidavit of Reservation of rights UCC 1-308/1-207

PUBLIC
THIS IS A PUBLIC COMMUNICATION TO ALL

Notice to agents is notice to principles

Notice to principles is notice to agents
Applications to all successors and assigns

All are without excuse

Aniyunwiya: Achak-Ben
All rights reserved UCC 1-308/1-207

c/of 455 Back Run Road

Philo, Ohio  a republic near (43771)
Non-domestic without the United States

Let it be known to all that I Aniyunwiya: Achak-Ben explicitly reserves all my rights. See UCC 1-308 which was formally UCC 1-207

"1-308. Performance or Acceptance Under Reservation of Rights.

(a) A party that with explicit reservation of rights performs or promises performance or assets to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice " "under protest" or the like are sufficient. I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth forevermore.  Further I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly,  voluntarily and intentionally.  And furthermore,  I do not accept the liability of the  compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

Further I am not a United States citizen or a 14th amendment citizen, I am a Sovereign of the republic and reject any attempted expatriation. See United States statutes at large, July 27th,  1868 also known as the expatriation statute.

Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore we all have undeniable knowledge.

### AFFIDAVIT

Affiant, Aniyunwiya: Achak-Ben, sui juris, a natural born Sovereign of Ohio in its dejure capacity as a Republicans as one of the several states of the Union created by the constitution for the United States of America 1771/1789.  This incidentally makes me an Aboriginal American National and a common man of the Sovereign People, does swear and affirm that Affinity has read the foregoing

Signed By: _____ sui juris, This Affidavit is dated 7-20-2020

**State Ohio**

**County Muskingum**

ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn before me a, Notary Public, the above signed Aniyunwiya; Achak-Ben

This _20th_ day of _____July_____, _2020_ year

_MMMMMM MMMM_
_____
Notary Public                                    Seal

MADISON WATTS
Notary Public, State of Ohio
My Commission Expires
March 14, 2022

_March 14, 2022_
_____
MY COMMISSION EXPIRES

Document prepared by,

Aniyunwiya, Achak Ben