CERTIFIED MAIL

9589 0710 5270 1768 1229 18

PM
COLUMBUS, OH 43213
DEC 27, 2025

43215     $21.60

RDC 03    S2324D500313-99

PRESS FIRMLY TO SEAL

**PRIORITY® MAIL**

**FROM:**
Awiyunwiya, Achak Ben
3296 E. Hudson Street
Columbus, Ohio 43219

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TO:**
Office of the Clerk
U.S. District Court
Southern District of Ohio
85 Marconi Boulevard Rm 121
Columbus, Ohio 43215

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

**TRACKED ■ INSURED**

PS00001000014
EP14F October 2023