**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Achak Ben Aniyunwiya,**

**Plaintiff,**

**v.**

**James Stilwell, *et al.*,**

**Defendants.**

**Case No. 2:25-cv-1406**

**Judge Michael H. Watson**

**Magistrate Judge Jolson**

**ORDER**

The Magistrate Judge performed an initial screen of the Amended Complaint in this *pro se* prisoner civil rights case pursuant to 28 U.S.C. § 1915(e)(2) and 1915A and has issued a Report and Recommendation ("R&R"). R&R, ECF No. 12.

The R&R permits certain claims against certain Defendants to proceed but recommends that the Court dismiss other claims. Specifically, the R&R permits the following claims against Defendants Unknown Zanesville City Jail Captain and Unknown Zanesville City Jail Shift Officers to proceed past the initial screen: (1) the Fourteenth Amendment conditions-of-confinement and disparate treatment claims; and (2) First Amendment religious exercise claims. *Id.* at 8. All these claims are based on Plaintiff's alleged denial of a proper diet while incarcerated. For now, the R&R also permits Plaintiff's state-law conversion claims to proceed against Defendants Sgt. Mark Brookover, Officer James Stilwell, and Captain Rice.

But the R&R recommends dismissing all official-capacity claims against all Defendants. *Id.* at 11–13. It recommends dismissing all claims based on an alleged illegal vehicle search or alleged "overcharging" in state court as *Heck*-barred. *Id.* at 13–14. It recommends dismissing all ineffective-assistance-of-counsel claims because defense counsel was not acting under color of state law. *Id.* at 14. And it recommends dismissing any excessive force claims for failure to state a claim. *Id.* at 14–15.

The R&R notified Plaintiff of his right to object to those recommendations and of the consequences of failing to do so. *Id.* at 21. Plaintiff did not object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review of the same. The Court **DISMISSES**: (1) all official-capacity claims against all Defendants; (2) all claims based on an alleged illegal vehicle search or alleged "overcharging" in state court; (3) all ineffective-assistance-of-counsel claims; and (4) all excessive force claims.

The Clerk shall terminate ECF No. 12 as a pending motion and terminate W. Joseph Edwards as a defendant in this case.

**IT IS SO ORDERED.**

Michael H. Watson

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**